%AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## UNITED STATES DISTRICT COURT

| EASTERN | District of | ARKANSAS |

UNITED STATES OF AMERICA
V.

JASON BRETT SHIRLEY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:03CR00085-01 GH
USM Number: 222924-009

JEROME KEARNEY
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) standard, general of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| general | Commission of another federal, state or local crime | 01/07/07 |
| general | Failure to report for drug testing | 01/12/07 |
| standard | Failure to answer truthfully all inquires and follow the instructions of the probation officer | 03/15/07 |
| standard | Failure to notify the probation officer ten days prior to any change in in residence | 2/28/07 |
| standard | Use of a controlled substance | 03/23/07 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: \*\*\*-\*\*-8490

Defendant's Date of Birth: \*\*/\*\*/76

Defendant's Residence Address:

North Little Rock, AR

Defendant's Mailing Address:

April 17, 2007
Date of Imposition of Judgment

/s/ James M. Moody
Signature of Judge

JAMES M. MOODY, U. S. DISTRICT JUDGE
Name and Title of Judge

April 17, 2007
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:       JASON BRETT SHIRLEY
CASE NUMBER:     4:03CR00085-01 GH

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   18 months

X  The court makes the following recommendations to the Bureau of Prisons:
   The court recommends that the defendant participate in a substance abuse treatment program during incarceration.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL